## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**CARI BUCKOWICH**,
    Plaintiff,

v.                                                    2:23-cv-1146-SPC-NPM

**CITY OF SANIBEL, FLORIDA**,
    Defendant.

---

### ORDER

In this employment-discrimination case, the parties agree that nonparties Kory McCloughan and James Phillips are likely to have discoverable information. McCloughan and Phillips were formerly employed by defendant City of Sanibel as law enforcement officers. Understandably, the city does not want to be involved in publicly disclosing the contact information for its current or former law enforcement officers. And plaintiff Cari Buckowich takes no issue with this concern. So, the parties have filed papers (Docs. 30 and 32)[1] that, taken together, we construe as a joint motion for a protective order. Construed as such, the motion (Doc. 30) is **GRANTED**.

---

[1] Regardless of any public records exemptions provided by state law, there is good cause under Federal Rule of Civil Procedure 26(c) for the protective order. While the parties make much of the fact that the information at issue need not be disclosed in response to a public records request, that is not what we have here. Instead, this information must be disclosed pursuant to Rule 26. Pursuant to the Rules Enabling Act, the Federal Rules of Civil Procedure have the force of a federal statute. And pursuant to the Supremacy Clause, they trump any contrary provisions of state law.

Within one week of this order, defendant City of Sanibel must disclose all last known contact information (residential and mailing addresses, email addresses, phone numbers, etc.) for Kory McCloughan and James Phillips, in confidence, to Buckowich's counsel for the limited purpose of conducting investigations and discovery in this matter and securing their appearance at depositions, hearings, or trial.

Buckowich, her counsel, and their agents (including process servers) must not disclose that contact information to anyone else. Buckowich's counsel must apprise staff and agents of this order and their duty to abide by it, and they must not disclose any of this information in unsealed items filed on our public docket.

**ORDERED** on September 3, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge